Ellenoff Grossman & Schole LLP

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE:  (212) 370-7889
www.egsllp.com

September 11, 2019

**VIA ECF**
Hon. Arthur D. Spatt
United States District Court Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  SEP 12 2019  ★

LONG ISLAND OFFICE

Re:  *Esposito v. Suffolk Co. Community College, et al.*
     **16-cv-4833 (ADS) (ARL)**

Dear Judge Spatt:

This firm currently represents plaintiff Frances Esposito ("Plaintiff") in the above-referenced matter. On August 28, 2019, this firm filed a motion to withdraw as counsel for Plaintiff (the "Withdrawal Motion"). ECF Dkt. Nos. 74-76. Earlier today, the Court scheduled a hearing on the Withdrawal Motion for this coming Monday, September 16, 2019. Due to previously-scheduled professional commitments, we are unable to attend a hearing on September 16, 2019.

Accordingly, we write with the consent of counsel for Defendants to respectfully request that the hearing on the Withdrawal Motion be adjourned to a date that is convenient for the Court and the parties. In that regard, the parties are available on September 23, 2019, September 27, 2019 and October 4, 2019. This is the first request for an adjournment of this hearing.

We thank the Court for its attention to this matter.

Respectfully submitted,

ELLENOFF GROSSMAN & SCHOLE LLP

Valerie Bluth

Valerie J. Bluth

*[Handwritten annotation: Application granted. This matter is adjourned to ~~October~~ September 27, 2019 at 9:00 a.m.]*

Arthur D. Spatt

*[Signature]*
U.S.D.J.

9/12/19

{00721435.DOC.1}