# COUNTY OF SUFFOLK



**STEVEN BELLONE**
SUFFOLK COUNTY EXECUTIVE

| | |
|---|---|
| **DENNIS M. BROWN**<br>COUNTY ATTORNEY | **DEPARTMENT OF LAW** |

September 12, 2019

<u>**BY ECF**</u>

The Honorable Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    <u>*Esposito v. Suffolk County Community College, et al.*</u>
            <u>16-cv-4833 (ADS)(ARL)</u>

Dear Honorable Judge Lindsay:

This office represents the Defendants in the above-referenced matter. On August 28, 2019, Plaintiff's counsel moved to withdraw as counsel for Plaintiff, Frances Esposito. *ECF Dkt. Nos 74-76*. Currently, a hearing regarding the motion to withdraw is scheduled for September 16, 2019. However, the Plaintiff has sought an adjournment of the hearing with consent of Defendants to September 23, 2019, September 27, 2019 or October 4, 2019. *ECF Dkt. No. 78*.

We write with the consent of Plaintiff's counsel to respectfully and jointly request (i) an adjournment of the conference scheduled for September 18, 2019, (ii) a concurrent extension of time for the parties to file their Joint Pretrial Order, and (iii) a concurrent extension of time for any party making a dispositive motion to take the first step in the motion process, which Judge Spatt stayed pending his resolution of the Defendants' motion for sanctions. *ECF Dkt. No. 54*.

The parties request an adjournment of the conference until sixty (60) days after Judge Spatt's decision on Plaintiff's counsel's motion to withdraw as attorneys or, in the alternative, an adjournment of the conference to November 20, 2019, whichever is later. The parties also request to be provided with a corresponding date for taking the first steps in dispositive motion practice in the Court's discretion.

Thank you for your courtesy and consideration in this matter.

**LOCATION**
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY ■

**MAILING ADDRESS**
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099 ■

**(631) 853-4049**
FAX **(631) 853-5169**

The Honorable Arlene R. Lindsay
September 12, 2019
Page 2 of 2

Respectfully submitted,

Dennis M. Brown
Suffolk County Attorney

*Dana L. Kobos*
Dana L. Kobos
Assistant County Attorney

cc: Amanda M. Fugazy, Esq.
　　Valerie J. Bluth, Esq.
　　Ellenoff Grossman & Schole LLP
　　(By ECF)

　　John Petrowski, Esq.
　　(By ECF)