## AFFIDAVIT OF SERVICE BY U.S. MAIL

STATE OF NEW YORK)
       ss.:
COUNTY OF SUFFOLK)

      **Diane O'Connor,** being duly sworn deposes and says: deponent is over the age of 18 years, not a party to this action, and is associated with the Suffolk County Attorney's Office. That on the **19th day of December 2019,** deponent served the within **NOTICE OF MOTION FOR ATTORNEYS' FEES AND COST WITH AFFIRMATION IN SUPPORT WITH EXHIBITS A through G AND MEMORANDUM OF LAW IN SUPPORT OF MOTION in the matter of ESPOSITO v. SUFFOLK COUNTY COMMUNITY COLLGE, et al., under Docket No.: 16-cv-4833**, on the person(s) named, by depositing a true copy thereof, enclosed in an postage paid, properly addressed wrapper(s), in an official depository under the exclusive care of the United States Postal Service within the State of New York.

TO:

Steven J. Harfenist, Esq.
Andrew Lang, Esq.
Harfenist, Kraut & Perlstein, LLP
3000 Marcus Avenue
Suite 2E1
Lake Success, NY 11042
Attorneys for Plaintiff

Sworn to before me this
19th day of December, 2019

Notary Public
*Alyssa Garone*
*Notary Public, State of New York*
*No. 02GA6346351*
*Qualified in Nassau County*
*Expires August 8, 2020*

**Diane O'Connor**